# EXHIBIT A

THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

DAVID ROEMER,   )
                )
Plaintiff       )
                )
-against-       )
                )
ATTORNEY GRIEVANCE COMMITTEE )
                )
and             ) AMENDED COMPLAINT
                ) 17-cv-000703-PKC
JANE E. BOOTH   )
                )
and             )
                )
LEE C. BOLLINGER, )
                )
Defendants.     )

1) At all times, herein mentioned, the plaintiff is a resident of Brooklyn, New York.

2) The Attorney Grievance Committee of the Supreme Court Appellate Division has an office at 61 Broadway, 2nd Fl., NY, NY 10006. Jane E. Booth, General Counsel of Columbia U., and has an office at 412 Low Library and Lee Bollinger, President of Columbia U., has an office at 202 Low Library (535 West 116th St., NY, NY 10027).

3) The jurisdiction of this court is invoked pursuant to the 1st and 14th amendment to the Constitution of the United States of America. The plaintiff seeks an injunction to end the deprivation of the plaintiff's constitutional right to free speech and violations of the Establishment Clause.

4) On 9/15/16, the plaintiff sent an email to the University Chaplain of Columbia U. with an offer to give a lecture/lesson on the arguments for God's existence.

5) On 9/22/16, the plaintiff sent an email to Lee Bollinger criticizing the staff of the Department of Public Safety for statements made in a meeting in the Low Library. The plaintiff mailed a copy of the email to Jane Booth with a certificate of mailing.

6) On 10/13/16, Jane Booth sent the plaintiff a letter threatening legal action if the plaintiff contacted any students or faculty of Columbia U. about the proposed lecture/lesson.

7) On 10/18/16, the plaintiff filed an ethics complaint against Jane Booth with the Attorney Grievance Committee. On 1/5/17, the Attorney Grievance Committee sent the plaintiff a letter stating that the plaintiff's exhibits and complaint failed to indicate any violation of the New York Rules of Professional Conduct. On 2/7/17, the Attorney Grievance Committee sent the plaintiff a letter supporting the letter of 1/5/17.

8) On 1/11/17, the plaintiff sent an email to Jane Booth giving reasons why the proposed lecture/lesson had social value why Jane Booth's threats violated the academic freedom of the Columbia U. community. [1 and 2]

9) On 1/18/17, the plaintiff sent an email to Lee Bollinger complaining about the violation of the plaintiff's rights and suggesting a settlement.

10) The science establishment in the United States disseminates the misinformation that *human beings* evolved from animals. The truth is that *homo sapiens* evolved from animals. Homo sapiens are hypothetical creatures that lack free will and the conscious knowledge of human beings as opposed to the sense knowledge of animals.[3 and 4]

11) Many philosophers in the United States disseminate misinformation about the cosmological argument for God's existence. The only version of the cosmological argument that makes sense is based on the scientific fact that human beings did not evolve from animals. This argument, which is from Thomas Aquinas as explained by Etienne Gilson,

assumes that the universe is intelligible and that human beings are finite beings. From these assumptions, it can be argued that an infinite being (*God*) exists. [5 and 6]

12) The misinformation in 10) and 11) has the effect of promoting the religion called *humanism.* The defendants are unlawfully promoting this religion by using the New York State Unified Court System to prevent the plaintiff from contacting the Columbia U. community about the arguments for God's existence.

13) Wherefore, the plaintiff is asking this court to issue an injunction that will protect the plaintiff's right to free speech and enforce the Establishment Clause.

1) Dear David, thank you for courageous and intelligent fight against bad arguments for God's existence! Your lesson plan is well done! Best wishes for the new year, Vittorio (Email from Vittorio Hösle, Notre Dame U., 12/29/16)
2) Dear Dr. Roemer, Thank you for the opportunity to read your essay, "Why People Believe God Caused the Big Bang." It is well crafted and I am sure would command an appreciative audience. Unfortunately, given its present commitments, the *Review* is not in a position to accept it. (Letter from John McCarthy, Editor of *The Review of Metaphysics*, 1/8/16,
https://www.academia.edu/23340072/WHY_PEOPLE_BELIEVE_GOD_CAUSED_THE_BIG_BANG)
3) And certain properties of the human brain distinguish our species from all other animals. The human brain is, after all, the only known collection of matter that tries to understand itself. To most biologists, the brain and the mind are one and the same; understand how the brain is organized and how it works, and we'll understand such mindful functions as abstract thought and feelings. Some philosophers are less comfortable with this mechanistic view of mind, finding Descartes' concept of a mind-body duality more attractive. (Neil Campbell and Jane Reece, *Biology*, 4th edition, p. 776)
4) Catholics could believe whatever science determined about the evolution of the human body, so long as they accepted that, at some time of his choosing, God had infused the soul into such a creature. I also knew that I had no problem with this statement, for whatever my private beliefs about souls, science cannot touch such a subject and therefore cannot be threatened by any theological position on such a legitimately and intrinsically religious issue. (Stephen Jay Gould, Natural History, March 1997, 13th paragraph)
5) https://plato.stanford.edu/entries/cosmological-argument
6) https://en.wikipedia.org/wiki/Cosmological_argument
Signed,

*David Roemer*
David Roemer, pro se,
345 Webster Ave., Apt. 4-O, Brooklyn, NY 11230
Dated this 13th day of February, 2017