# EXHIBIT C

# COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK

OFFICE OF THE GENERAL COUNSEL

October 13, 2016

**By Email**

Dear Mr. Roemer,

I am following up on your phone conversation with Deidre Fuchs yesterday. Please cease communicating with the members of the Columbia community. If you continue to reach out to the member of the community, further contact could be perceived as harassment.

If you have any further questions or concerns, you can contact Executive Director Fuchs. Thank you in advance for your cooperation with this matter.

Sincerely,

*Jane E. Booth /eac*

Jane E. Booth
General Counsel

JEB:eac

208984