

David Roemer <david@dkroemer.com>

## Columbia U.

**David Roemer** <david@dkroemer.com>                      Mon, Oct 3, 2016 at 9:11 PM
To: Peter Wood <pwood@nas.org>
Cc: Herbert London <hlondon@londoncenter.org>

Dear Mr. Wood,

Thank you for responding to my letter. I would like to meet with you and explain why the NAS should get involved in my conflict with Columbia U. In this meeting, I would also explain my psychological theory about why people think the scientific arguments for God's existence make sense. I would also explain why my analogy between Nazi Germany and the United States is perfectly apt and why it should stir your own conscience. I recall Gore Vidal calling William Buckley a Nazi on TV. Buckley did not respond, as you did, by citing the "Godwin law." He threatened to sock Vidal in the face.

> It appears you have plunged into the "argument by design," one of the age-old proofs of God's existence.

I know Protestants use these arguments, but I was shocked to find out the Catholic Church was promoting these arguments through the Magis Center for Faith and Science. I asked to speak to the theology departments of St. John's, Fordham, and Seton Hall, and to explain why the Magis Center was wrong. They refused my offer, and I realized I had to try to explain myself in writing:

https://www.academia.edu/23340072/WHY_PEOPLE_BELIEVE_GOD_CAUSED_THE_BIG_BANG

> And that throws no light at all on why the Chaplain would contact the Department of Public Safety, or indeed why the Department of Public Safety would take such a complaint seriously.

The Department of Public Safety was already involved in my offer to give a learner-centered lesson on God's existence when I sent the attached email to the University Chaplain. My initial offer was in March 2016 to the Catholic Chaplain, who declined. I then wrote to the two undergraduate co-presidents of the Columbia Catholic Ministry with my offer. The two students did not reply, but the Catholic Chaplain threatened me with legal action if I contacted them again. I told the Archbishop of New York that I was afraid the Chaplain's behavior and my email scandalized the students. I also offered to give my lesson to St. Joseph's Seminary, to no avail. My correspondence with the Catholic Church is here:

http://www.newevangelist.me

In August, I contacted the students again. My email expressed concern about their faith and threatened to contact their parents if they did not respond. They did not respond, and I contacted Mathew Patashnick of Family Engagement. He told me he could not contact their parents, but that he would contact the students. Instead, I got the attached letter from the Department of Public Safety threatening me with legal action.

I consulted with an attorney on JustAnsers.com about my legal rights. He said that the letter from the Director of Investigations and her verbal instructions barred me from using Columbia's email system, telephones, and post office addresses to contact the other campus minsters under the University Chaplain. However, he also told me that I had the right to complain to the President of Columbia about the behavior of the University Chaplain and the Department of Public Safety.

What I want is for Lee Bollinger to answer my attached letter, which was sent to the General Counsel of Columbia with a certificate of mailing. Am I guilty of harassment or not if I send emails and call the other campus ministers? Either way, I win. If I can give the lesson, I'll be explaining the arguments for God's existence. If I can't give the lesson, it proves Columbia U. does not believe in academic freedom.

[Quoted text hidden]

**3 attachments**

**lee-bollinger.pdf**
130K

**deidre-fuchs.pdf**
4533K

**jewelnel-davis.pdf**
115K