345 Webster Ave. Apt. 4-O
Brooklyn, NY 11230
February 14, 2017

Andrew W. Schilling
Buckley Sandler LLP
1133 Avenue of the Americas, Suite 3100
New York, NY 10036

Dear Mr. Schilling,
I think you should know that it cost me $15 to get your previous legal citations and $7.50 to get Licari v. Voog. Yesterday I spent $100 to serve the amended complaint on Lee Bollinger.

In the first place, the original complaint and the amended complaint do not accuse Bollinger and Booth of violating my rights. My accusation against them is that they harmed the Columbia U. community by behaving unethically and immorally. The state actor in my complaint is the Attorney Grievance Committee.

In the second place, Licari v. Voog is just a malpractice case against an attorney. When I got the email from the Catholic Minister threatening me with legal action, I did not feel threatened at all because there was no grounds for legal action against me. However, when I got Jane Booth's letter I did feel threatened. I felt a need to defend myself and the only way I saw for doing this was to file an ethics complaint against her with the Attorney Grievance Committee. Are you telling me I was wrong to tell the Attorney Grievance Committee about her actions? I'v attached the email from the Catholic Minister (private actor) and Jane Booth (state actor).

Very truly yours,

*David Roemer*
David Roemer
347-414-2285
david@dkroemer.com
Faxed to Attorney Grievance Committee (212-287-1045)