February 23, 2017
500 Pearl Street
New York, New York 10007

David Roemer
345 Webster Ave., Apt. 4-O
Brooklyn, NY 11230

Dear Judge Peck,
I am the plaintiff in 17-cv-000703-PKC-AJP.  In a letter to Judge Castel dated 2/18/17, I advised the court of my intention to file a motion for a hearing. My desire is to give the court the same developmental lesson on the cosmological argument for God's existence that the New York State Unified Court System through the actions of the defendants is unlawfully preventing me from giving the students and faculty of Columbia U.  If the students at Columbia could learn about the cosmological argument by consulting the philosophy professors at Columbia or reading the entry "Cosmological Argument" in the Stanford Encyclopedia of Philosophy, my lecture/lesson has little social value.  This would make my lawsuit frivolous, as Mr. Schelling said in his letter to Judge Castel.

However, it occurred to me that there is another way the court can determine the social value of my lesson/lecture.  In a lesson, I would ask the students to attempt to answer the 28 questions in the handout without my help. I would then give the students as much help and assistance they needed to understand the questions and the correct answers.

My new idea is to consider the 28 questions to be an interrogatory and part of the discovery process. In my motion, I'll be asking the court to make the defendants answer the 28 questions preferably with the help of a Columbia philosophy professor.  I'm including in this fax the proposed interrogatory.

 I have pending before this court a motion to allow me to file my papers electronically.  I'd appreciate a quick decision on this motion.

/s David Roemer, pro se
345 Webster Ave., Apt. 4-O, Brooklyn, NY 11230
david@dkroemer.com
347-414-2285
Faxed to Judge Andrew J. Peck (212-805-7933), Attorney Grievance Committee (212-287-1045), and Andrew Schilling (212-600-2405)