# EXHIBIT B

Schilling, Andrew
___

**From:** Schilling, Andrew
**Sent:** Tuesday, February 21, 2017 10:03 AM
**To:** 'David Roemer'
**Subject:** RE: 17-cv-703

Mr. Roemer,

Please be advised that this firm represents both Ms. Booth and Mr. Bollinger in this matter.  Accordingly, please direct further communications regarding this matter to my attention exclusively.

Thank you,

Andrew


**Andrew W. Schilling**
Partner | BuckleySandler LLP
1133 Avenue of the Americas, Suite 3100 | New York, NY 10036
T. 212.600.2330 | F. 212.600.2405 | V-Card
aschilling@buckleysandler.com
www.buckleysandler.com



**From:** David Roemer [mailto:david@dkroemer.com]
**Sent:** Saturday, February 18, 2017 2:26 PM
**To:** Schilling, Andrew
**Subject:** 17-cv-703

Dear Andrew,
Please read the attached documents.
Very truly yours,
David Roemer