

David Roemer <david@dkroemer.com>

## Cosmological Argument

**Stanford Encyclopedia Editors** <editors@plato.stanford.edu>　　　　　　　　　　　Fri, Dec 16, 2016 at 8:31 AM
To: David Roemer <david@dkroemer.com>

   B1;95;0cDear David,

   Thanks for your message. We take critiques of SEP entries seriously --
   especially if there are claims about the errors of fact (or of
   omission) or claims about violations of SEP guidelines seriously. At
   present, however, we don't know exactly which passages you find
   problematic. From a quick read of your linked page, it seems like you
   think there ought to be some citation of Etienne Gilson's work and
   possibly Alan Bennett's work. But for us to proceed, there is a
   certain protocol that we have to follow. Please send us a bulleted
   list, with a bullet point for each specific error of fact or
   omission. For each bullet point, you will need to:

     * indicate the section of the article in which the problem lies,
     * quote the sentence or sentences in the entry which you believe
       to be in error or which fail, by omission, to represent the
       facts, and
     * present your case, with documentation, as to why the sentences
       are in error or fail to comply with SEP guidelines:
        - For errors of fact, the documentation has to be citations to the
         primary or secondary literature that we can actually get ahold
         of and examine.
        - For problems of omission, we'll need documentation of specific
         facts or arguments omitted along with an explanation of why
         they should be included.
        - For failures to comply with SEP guidelines, please cite the
         guideline listed at http://plato.stanford.edu/guidelines.html

   Once you send us your bulleted list, my office will inspect your
   points and determine whether the evidence you present merits a further
   investigation. If you've presented a solid prima facie case, we'll
   raise the matter either with the author or with the subject editors,
   depending on the nature of the problems you raise.

   I trust you can understand that we can't simply present general
   observations to our authors and ask them to make changes, but rather
   have to identify specific, evidence-based problems with their entries.
   If you document the problems, we'll certainly investigate.

   All the best,
   Yours,
   Uri

   ------------------------------------------------------
   Uri Nodelman
   Senior Editor, Stanford Encyclopedia of Philosophy
   Center for the Study of Language and Information
   Stanford University | Stanford, CA 94305-4115
   ------------------------------------------------------
   [Quoted text hidden]