RECEIVED
SDNY DOCKET UNIT

August 3, 2018
2044 Webster Ave. Apt. 4-O
Brooklyn, NY 11230

Chief Judge Colleen McMahon
500 Pearl St.
New York, NY 10007-1312

Your Honor,

The purpose of this letter is to document and prove that you approved of the denial (docket no. 18-90028-jm) of my petition for a review of Judge Katzmann's dismissal of my misconduct complaint against Judge P. Kevin Castel for not signing the default judgment I filed in *Roemer vs. Attorney Grievance Committee; Jane E. Booth; Lee C. Bollinger* (docket no. 17-cv-703).

Judge Katzmann referred to this allegation of misconduct in his affirmation of Judge Castel's dismissal of my lawsuit (docket no. 17-818). In my petition to the Judicial Council, I argue that Judge Katzmann is deliberately and maliciously attempting to cover up Judge Castel's unlawful behavior.

Very truly yours,

*David Roemer*

David Roemer
347-414-2285
Mailed with a certificate of mailing



David Roemer
345 Webster Ave Apt 4O
Brooklyn, NY 11230

JUDGE COLLEEN McMAHON
U.S. COURT HOUSE
500 PEARL ST.
N.Y, NY 10007

10007-131699



RECEIVED
SDNY DOCKET UNIT
2018 AUG -9 PM 3:36

USM
SDNY



FOREVER USA

